This document contains some pages that are of poor quality at the time of imaging. This document contains some pages that are of poor quality the time of imaging.

MOTION DENIED
DATE: 4-28-15
BY: PC

76,070-06
RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 21 2015
Abel Acosta, Clerk

To whom it may concern;

my name is Lamar Lovett T.D. #1687455, I have been bench warranted back to Travis Co. for an evidentiary hearing. In my opinion the time has expired from the court of criminal Appeals order to have issues designated by the District court 299s order completed or Resolved. I have not been notified of an extension of time that the court of criminal Appeals can only order. The District court 299s ruling is in my opinion void and null. As I am constitutionaly entitled to the lessor offence in my Double Jeopardy Claim. District 299 has droped the lessor included offence and vacated it, I deem it a Due Process Violation and want the court of Criminal Appeals to know that I am currently at the Bell valley correctional facility And do herby present evidence that is new in the Dismissals of original charges after conviction D-1-DC-10 202992 dismissed 6th of march on may 2011

also P-1-PC-10-202993 dissmised on Jan 6th 2011. They should have been dissmised before the REIndictment of P-1-DC-10-904094. This is a ~~part~~ misscarriage of Justice and our constitationally entitled rights. I have mental problems and am Dislexic but have the capacity to Know my Rights affordeed by Texas and the united States of America. All of this is and has to do with the constitution of the united States of America and Texas. I have been convicted illegally Please Help before you send your Ruling on my 11.07 find me so I can defend myself against the Tyrany of Austin TX. Your Attention to this is greatly Appreciated.

Sincerly

Lamar Lovett

Lamar Lovett

3614 Bill Price Rd

Del Valley TX 78617

DelLalle
1513403
1687458
TDC 5

Cause no. D-1-DC-10-904094

State of Texas
v
Lamar Lovett

Court of Criminal
Appeals, PO Box
12308 Capitol Station
Austin TX 78211

## Motion for new Trial

Now comes applicant Lamar Lovett #1687455 who request a new trial upon newly discovered evidence. After trial and conviction there are several dissmisals that were used to convict appellant at trial. D-1-DC-10-202992 was dismissed after conviction, on mar or may 6th 2011. The cause D-1-DC-10-904094 is a reindictment from D-1-DC-10-202992. Also D-1-DC-10-202993 2 counts was dissmised on 1-6-11.

There was also used in the conviction of applicant. A Solicitation to commit capitol murder that was dissmised on 8-24-11 cause no. D-1-DC-10-301929. I humbily ask the Court of criminal Appeals to grant a new trial.

### Prayer
I Pray that the Court of criminal Appeals grants above application and Reverse and Remands D-1-DC-10-904094 to Trial Court Amen.

Signned
Lamar Lovett

## Inmate Declaration

I declare under penalty of perjury that said Application or motion is true and factual.

Signed.

*Lamar Lovett*

Lamar Lovett
3001 S. Emily Dr
Beeville TX 78102
T.D.C.J.

Del Valley Correctional facility
3614 Bill price Rd
Del valley 78617

D.A. #D1DC10202992/ MNI #1738720..........................................299th

No. D1DC10202752 The State of Texas v. Lamar Lovett

## INDICTMENT

**Aggravated Assault - Bodily Injury With Deadly Weapon F2 22.02.2.a**

Bond $

In The 299th Judicial District Court of Travis County, Texas

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

THE GRAND JURY, for the County of Travis, State of Texas, duly selected, empanelled, sworn, charged, and organized as such at the January, 2010 Term, A.D., of the 299th Judicial District Court for said County, upon its oath presents in and to said Court at said term, that Lamar Lovett, on or about the 23rd day of May, 2010, and before the presentment of this Indictment, in the County of Travis, and State of Texas, did then and there intentionally, knowingly, or recklessly cause bodily injury to Phyllis Schwartz by grabbing Phyllis Schwartz with Defendant's hands on or about Phyllis Schwartz's neck, and the said Lamar Lovett did then and there use or exhibit a deadly weapon, to-wit: a hand, during the commission of said assault,

Filed In The District Court
of Travis County, Texas

**JUL 1 4 2010**

At _____ 12:11 p _____ M.
Amalia Rodriguez-Mendoza, Clerk

000090

and to said Court at said term, that Lamar Lovett, on or about the 23rd day of May, 2010, and before the presentment of this indictment, in the County of Travis, and State of Texas, with the specific intent to commit the offense of Capital Murder, to wit, murder in the course of committing or attempting to commit robbery, or an aggravated sexual assault or sexual assault, of Phylis Schwartz, do an act, to-wit grab her on or about the neck with Lamar Lovett's hand or hands, and strike her on or about the head with Lamar Lovett's hand or an adult sex toy or an object unknown to the grand jury, which amounted to more than mere preparation that tended but failed to effect the commission of the offense intended.

And the grand jury further presents in and to said court at said term that during the commission of said offense that Lamar Lovett did then and there use or exhibit a deadly weapon, to wit, Lamar Lovett's hand.

## COUNT II

### Aggravated Sexual Assault of Disabled Person (Anus)

And the grand jury further presents in and to said court at said term that on or about 23rd day of May, 2010, and before the presentment of this indictment, in the County of Travis, and State of Texas, that Lamar Lovett did then and there intentionally or knowingly cause the penetration of the anus of

No. D1DC10904094    The State of Texas v. Lamar Lovett

## INDICTMENT

**Count I:** Attempted Capital Murder F1 15.01

**Count II:** Aggravated Sexual Assault (Disabled Person) F1 22.021(a)(2)(C)

**Count III:** Aggravated Sexual Assault (Disabled Person) F1 22.021(a)(2)(C)

**Count IV:** Injury to a Disabled Person F1 22.04 (a)(2)

**Count V:** Aggravated Sexual Assault (anus) F1 22.021

**Count VI:** Aggravated Sexual Assault (female sexual organ) F1 22.021

**Count VII:** Aggravated Assault with a Deadly Weapon F2 22.02.a

Bond $

---

In The 403rd Judicial District Court of Travis County, Texas

---

## IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

### COUNT I

### Attempted Capital Murder

THE GRAND JURY, for the County of Travis, State of Texas, duly selected, empanelled, sworn, charged, and organized as such at the July, 2010 Term, A.D., of the 403rd Judicial District Court for said County, upon its oath presents in

Cause No. _DIRC-10-202442_

THE STATE OF TEXAS          IN THE 299th Judicial District

VS.                  COURT

_Lamar Lovett_             Travis COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of _Aggravated Assault_____, for the reason:

☐   The evidence is insufficient;
☐   The defendant was convicted in another case;
☐   The complaining witness has requested dismissal;
☒   The case has been refiled;
☐   The defendant is unapprehended;
☐   The defendant is deceased;
☐   The defendant has been granted immunity in light of his testimony;
☐   Other;

and for cause would show the Court the following:

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

_____
_____ Attorney

## ORDER

The foregoing motion having been presented to me on this the __6__ day of __May__,

A.D. 20_11_, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

_____

Judge of the _____

Court of _____ County, Texas